May 14, 2015


Mr. Abel Acosta, Clerk,
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711


RE: WRIT NO. 16,370-02


Dear Mr. Acosta:

This letter is to inquire about the disposition of my 11.07 pending in
the Court. It has been over the time limit in which the Court abated
the matter, and a decision should have been rendered already. There-
fore, I would like you to provide me with information as to whether the
the Court has rendered a decision on my writ, because I haven't received
any information from my attorney, Mr. John Tatum, on the matter.
I am thanking you in advance for your kind services on this very important
matter.


                                        Sincerely,

                                        
                                        Mr. Will Simmons #599857
                                        Estelle Unit
                                        264 FM 3478
                                        Huntsville, Texas 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk